THE BICKEL LAW FIRM, INC.
Brian J. Bickel, State Bar No. 205646
Brian K. Cline, State Bar No. 246747
Larry W. Chae, State Bar No. 268979
larrychae@bickellawfirm.com
750 B Street, Suite 1950
San Diego, California 92101
Telephone:   (619) 374-4100
Facsimile:    (619) 231-9040

Attorneys for Plaintiff RICHARD MCDOWELL

FILED
CLERK U.S. DISTRICT COURT
FEB 22 2012
CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD MCDOWELL,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>GENERAL MOTORS, LLC, and DOE 1 through DOE 10 inclusive,<br><br>　　　　　Defendants, | Case No. CV11-8312-JFW (DTBx)<br><br>[Action Commenced: October 6, 2011]<br><br>[~~PROPOSED~~] ORDER DISMISSING THE ACTION |

GOOD CAUSE APPEARING and pursuant to the parties' stipulation, it is hereby ORDERED that the instant action be DISMISSED WITH PREJUDICE.

Date: February 22, 2012

_____
Honorable John F. Walter