THE BICKEL LAW FIRM, INC.
Brian J. Bickel, State Bar No. 205646
Brian K. Cline, State Bar No. 246747
Larry W. Chae, State Bar No. 268979
larrychae@bickellawfirm.com
750 B Street, Suite 1950
San Diego, California 92101
Telephone: (619) 374-4100
Facsimile: (619) 231-9040

Attorneys for Plaintiff RICHARD MCDOWELL

FILED
CLERK U.S. DISTRICT COURT
FEB 22 2012
CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD MCDOWELL, <br><br> Plaintiff, <br><br> vs. <br><br> GENERAL MOTORS, LLC, and DOE 1 through DOE 10 inclusive, <br><br> Defendants, | Case No. CV11-8312-JFW (DTBx) <br><br> [Action Commenced: October 6, 2011] <br><br> [~~PROPOSED~~] ORDER DISMISSING THE ACTION |

GOOD CAUSE APPEARING and pursuant to the parties' stipulation, it is hereby ORDERED that the instant action be DISMISSED WITH PREJUDICE.

Date: February 22, 2012

_____
Honorable John F. Walter

1
[PROPOSED] ORDER DISMISSING THE ACTION                    CV11-8312-JFW (DTBx)